# In the United States Court of Federal Claims

No. 03-2823 C
(Filed: February 12, 2004)

| | |
|---|---|
| ************************************ | |
| | * |
| **BRIAN OUGHTON ROTHERA,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

**ORDER**

On December 17, 2003, Plaintiff was given notice that this Court had received the record in case number 01-cv-1060, as transferred from the United States District Court for the Eastern District of California. Under Rule 3.1(a)(2) of the Rules of the United States Court of Federal Claims, Plaintiff was required to file its complaint on or before January 14, 2004. Plaintiff has failed to comply with this rule.

Therefore, the Clerk is ORDERED to dismiss this matter, without prejudice, for failure to prosecute.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge