# In the United States Court of Federal Claims

**No. 03-2823 C**

**BRIAN OUGHTON ROTHERA,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's order, filed February 12, 2004,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice, for failure to prosecute.

Brian Bishop
Clerk of Court

**February 12, 2004** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.